UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY LEE CRAIG, SR., <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF SOUTH DAKOTA, in service of the people, official capacity; GRANT FLYNN, Attorney General, Official Capacity; BRENT FLUKE, Warden, <br><br> Defendants. | 4:23-CV-04056-KES <br><br><br> JUDGMENT |

Under the 1915A Screening, it is

ORDERED, ADJUDGED, AND DECREED that Craig's complaint (Docket 6) is dismissed in part with prejudice and in part without prejudice.

Dated August 29, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE